NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ULRICH SPECK,**
*Appellant*

**v.**

**BRIAN L. BATES, ANTHONY O. RAGHEB, JOSEPH M. STEWART, IV, WILLIAM J. BOURDEAU, BRIAN D. CHOULES, JAMES D. PURDY, NEAL E. FEARNOT,**
*Appellees*

---

2016-1879

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 106,044.

---

## JUDGMENT

---

BRYAN PATRICK COLLINS, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA, argued for appellant. Also represented by JACK S. BARUFKA, ROBERT M. FUHRER.

CHRISTOPHER A. BROWN, Woodard, Emhardt, Moriarty, McNett & Henry LLP, Indianapolis, IN, argued for appellees. Also represented by WILLIAM ALEX MCKENNA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  February 13, 2017       /s/ Peter R. Marksteiner
            Date                  Peter R. Marksteiner
                           Clerk of Court